AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky

| | | |
|---|---|---|
| KRISTEN GLEASON, RAINA MACRI, JESSICA VIRGIN, KATHERINE CHILDERS, MARLENE MCCOY ADAMS, CHRISTY LYNN VIARS, SARA KISER, individually and on behalf of their minor children | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 5:24-MC-99999 |
| RACELAND-WORTHINGTON INDEPENDENT SCHOOL SYSTEM, and MS. ERIN HORN | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Raceland-Worthington Independent Schools
100 Rams Blvd.
Raceland, KY 41169

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Hon. Brandon M. Music
311 W. Main Street
P.O. Box 608
Grayson, KY 41143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*