UNITED STATES DISTRICT COURT
EASTERN DISTICT OF KENTUCKY
CIVIL ACTION NO. 24-cv-00014-DLB-EBA

KRISTEN GLEASON, et al,                                                                              PLAINTIFFS,

vs.                                                      **NOTICE**

RACELAND -WORTHINGTON INDEPENDENT                                                  DEFENDANT.
SCHOOL DISTRICT, et al,

### AMENDED COMPLAINT

### NATURE OF THE ACTION

1. This is a civil action brought by the parents of eight special needs students, whose names are protected for privacy, against the Raceland-Worthington Independent School System and Ms. Erin Hom, special education teacher for the Raceland-Worthington Independent School System. The action seeks relief for violations of the Individuals with Disabilities Education Act (IDEA), 20 U.S.C. § 1400 et seq.

**JURISDICTION AND VENUE**

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, as this action arises under the laws of the United States, specifically the IDEA.

3. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claim occurred in this district.

4. This action arises under United States civil rights laws, and thus this Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343. This Court also has jurisdiction over Plaintiffs' IDEA claims under 20 U.S.C. § 1415.

**PARTIES**

5. The Plaintiffs are the parents of eight exceptional minor children with disabilities who attended schools within the Raceland-Worthington Independent School System. Each child has an Individualized Education Program (IEP) as required under IDEA.  Each parent and child have, for all relevant times, lived in the Raceland-Worthington Independent School System's service area in Greenup County, Kentucky.

6. The Defendant, Raceland-Worthington Independent School System, is responsible for providing public education to students in Raceland, Kentucky.

7. The Defendant, Ms. Erin Horn, is a teacher employed by the Raceland-Worthington Independent School System.

**FACTUALALLEGATIONS**

8. The Individuals with Disabilities Education Act (IDEA) is a federal law that requires public schools to provide children with disabilities a Free Appropriate Public Education (FAPE) tailored to their individual needs. Violations of IDEA can occur in various ways, and these can result in specific harms to the children. Below is a list of actions by the school district and/or teacher that constitute a violation of the IDEA,

along with examples of specific harms that came to children as a result:

9. Defendants did not provide the children with an education that is tailored to the eight children's individual needs.

10. Ms. Horn, nor the Defendant school district included necessary accommodations in a child's IEP.

11. Developing an IEP that does not adequately address the child's educational needs. The School District and Ms. Horn, and other relevant individuals employed with the School District have not adequately developed an IEP for the eight children.

12. Ms. Horn, and the School District did not include enough measurable goals or necessary services in the IEP.

13. The defendants did not implement the strategies and supports as outlined in a student's IEP.

14. Failing to provide the specified amount of therapy or special education services. Ms. Horn would yell at, be verbally abusive and physically aggressive with the students in a manner that would have violated their IEPs, and caused severe physical and emotional injuries to the children in a way that constitutes neglect under KRS 600.020(l)(a)(l). The teacher, Ms. Horn, failed to provide essential care and protection for the children while they were under her care. She caused the children to suffer emotional injury with episodes of decompensation.

15. Ms. Horn failed the children by her actions that caused regression in verbal and non verbal measurements; she and/or her staff at her direction caused bruising to some of the students.

16. For the child of Kristin Gleason, Ms. Horn would be verbally abusive and aggressive including calling the child names, causing emotional injury via increase in echolalia

causing her child to repeat phrases like "sit down and shut up". Telling a special needs child, particularly that of Ms. Gleason, to "sit down and shut up", violates the child's IEP.

17. Ms. Hom has yelled at the child of Ms. Gleason, that "she is tired of it" and mentions the child by name.

18. Ms. Hom has yelled at each of the special needs children in her class including of the named parents and guardians above.

19. Ms. Hom has repeatedly punished the children in inappropriate ways such as by taking away recess.

20. Ms. Hom has caused so much damages to the children that some have had to be taken out of the school district including the children of Plaintiff Raina Macri.

21. Ms. Macri's child was yelled at inappropriately causing him to decompensate and act out on at least 3 separate occasions. Her son has been yelled at in Ms. Hom's classroom.

22. The child of Bryan Virgin and Jessica Virgin is another special needs child who is very docile and does not harm himself. As a result of Ms. Hom's teaching in her classroom, he has been yelled at by Ms. Hom and instructors in the class, he was physically abused including bruising on his arms in a matter that would never be appropriate for a physical restraint on a child.

23. Ms. Virgin's child has suffered severe emotional injuries including a new movement wherein he flinches. The child has suffered such severe emotional injury that they have taken the child out of the school.

24. For Ms. Childers' child, he would constantly come home with bruises daily. Bruises on his face, and bruises on his eye.

25. The defendants did not conduct appropriate and thorough evaluations to identify a children's educational needs.

26. Overlooking a child's specific learning disability due to inadequate testing: Additionally, the defendants overlooked the Children's learning disabilities because the teacher Ms. Hom has no appropriate non-emergency licensing and has simply lacked the training, timing, empathy and skill to teach these young children.

27. The defendants failed to educate the children with disabilities alongside their non- disabled peers to the maximum extent appropriate.

28. Defendants did unnecessarily place the children in a segregated classroom or special school.

29. Defendants' actions caused constructive expulsion of some of these students by forcing the parents to remove them from the school.

30. The defendants subjected these students with disabilities to discrimination or harassment based on their disability.

31. Allowing bullying of a disabled student without appropriate intervention. The intervention should have come from Ms. Hom, but it never did because she caused and allowed these actions to happen.

32. The defendants disciplined these children for behavior related to their disability.

33. These children were yelled at, and physically abused, for behaviors related to their disability.

34. Because of Defendants' actions, there were Delays in learning and not meeting educational milestones due to inappropriate or insufficient educational support.

35. The children have suffered Increased anxiety, depression, or social isolation due to lack of support or discrimination.

36. The children have suffered exacerbation of behavioral issues due to inadequate behavioral support or misunderstanding of the children's needs.

37. The children have suffered feelings of inadequacy or indifference due to not receiving appropriate accommodations.

38. These children have been constructively booted from school and suffered decompensation due to the defendant's actions of yelling at them, physically abusing them, and the other actions described herein.

39. The children have suffered loss of previously acquired skills or lack of progress in developing new skills due to inadequate educational strategies or support.

40. The children have suffered reduced development of independence and self-advocacy skills due to over-restrictive environments or lack of appropriate life skills training.

41. The children have suffered from Inappropriate placements or unnecessary removals from regular classrooms leading to diminished educational experiences, physical and emotional trauma, and increased burden due to the parents having to seek remedies under the IDEA Act, and other applicable laws.

42. Ms. Hom's actions would be cautiously called extreme improper handling of discipline or neglect of a child's specific needs that have led to emotional harm.

43. While several of the children have been forced to leave school, Ms. Hom has continued to teach despite being under investigation by legal authorities and being a clear and present danger to special needs children.

44. The Defendant school system is aware of the danger of Ms. Hom's behavior as they installed 360 video cameras with audio after the parents brought up concerns, but they have not disciplined Ms. Hom in any significant way.

45. The Defendant school district refused to act on the warnings issued by the Plaintiffs but for cameras; instead of firing the defendant teacher, they hid behind procedure because they were afraid of more bad public relations; and the children paid for it in the meantime.

46. These acts, alone and in concert, show a systemic violation of the IDEA and other appliable state and federal law, entitling the plaintiffs to damages contemplated under the act, both monetary and injunctive.

47. The Plaintiffs, functionally by and through Kristen Gleason, filed an administrative complaint under the IDEA with the Kentucky Department of Education. Said complaint was filed December 29, 2023.

48. Plaintiff Gleason through counsel offered mediation with the Defendant School District to which no response was ever given.

49. Defendant School District did not file a response to the complaint in any way, nor did it show up for any meetings with the Department of Education of Kentucky.

50. The Kentucky Department of Education determined that there was a violation of the IDEA, requiring certain actions to be taken by the Defendant School District. Upon information and belief none of the required actions have been taken by defendant.

51. Plaintiffs have exhausted their administrative remedies, and the defendant school district has refused to participate in any meaningful way in the administrative IDEA process with the Kentucky Department of Education. Plaintiffs can no longer meaningfully participate in the administrative IDEA process because the Defendant School District has consistently refused to do so.

52. Each of these children where in the special education class at the defendant school district, and each had his or her own individual education plan ("IEP").

53. The Kentucky Department of Education Completed their investigation and found a violation of the IDEA and required the following to be done: Utilizing a KDE approved trainer, the district must provide training to the Student's ARC members regarding IBP development, focusing on LRE and change of placement documentation.

54. Below it an outline of relevant facts, related to the children, the form, in part, the IDEA complaint, and the corresponding federal violations of the law described above broken down by date and time:

55. Recordings timeline Teachers: Erin Horn, Jake Dixon Aides: Brandon Elkins, Ashley Suttles, Debbie Heighton Speech Therapist: Jill Sheridan Children: CHILD 2, CHILD 5 (Child 5), CHILD 3, CHILD 4, Child 1, CHILD 6, Child 7, Child 8. (Quick facts about a child and their disability)

56. 23/10/02 1:15:51 Drags CHILD 2[child 2] to his seat and slams him into his chair. (CHILD 2 does not like to be grabbed roughly and will scream. As heard in the recordings.)

57. 23/10/02 1:33:30 Horn working with CHILD 3 [child 3] telling her to look at her and a smack audible. (CHILD 3 has a disability that creates poor mobility and she tends to stare at the lights).

58. 23/10/02 1:36:34 Horn yells at CHILD 3 and tells her she's doing it on purpose. A few smack sounds are audible. *Horn gets a couple hours of outside training, Marlee comes in for OT, Aide Ashley (Whistleblower) is present. Most of the midday is quiet, playing movies.

59. 23/10/02 7:05:51 Jake Dixon comes in and forces CHILD 4 [child 4] out of the sensory room into his seat. (CHILD 4 is completely nonverbal and has a verbal stim of "da-da-da, da-da-da" and "la la")

60. 23/10/02 7:35:35 Horn yells at a child and forces them into their chair, chair bangs. CHILD 2 whines.

61. 23/10/02 7:53:49 CHILD 2 demands to be let go. (Time is something CHILD 2 clings to as a self-soothing technique; time for the bus) –

62. 23/10/03 1:43:35 Horn yells at Child 7 to sit down, Child 7 cries. (Child 7 is a gentle kid with moderate autism, he is more verbal than the other kids)

63. 23/10/03 2:03:14 Horn asks Brandon Elkins "Let me ask you this, how would CHILD 2's mom know if anybody was yelling at CHILD 2 unless she's been told" Brandon "That's what I'm saying. I don't think CHILD 2 would have told." Horn "No." (Day after my FB post about what I heard on the recordings on 10/2)

64. 23/10/03 2:52:50 Horn yells at CHILD 5 [child 5] to sit down, threatens to call Jake Dixon (LBD teacher). Child 5 sucks in gasp, Horn says "your best bet is to sit in your seat." Child 5 continues to cry and Horn berates him through 2:53:29 (CHILD 5 has Downs Syndrome and Autism)

65. 23/10/03 3:39:07 Horn waits for aide Debbie to leave the room then berates Child 5 for "mocking", shakes his stimming heads in his face. Horn demands "sit!" Chair bangs "down!" (Child 5 has echolalia, which is a repetition of phrases or words to communicate.)

66. 23/10/03 4:00:45 Horn Threatens a child "I wouldn't do that if I was you" 23/10/03 4:03:50 Horn asks to grab arm and checks it. Child asks why and she says because you're cleaning. (A mess already made she wants them to clean)

67. 23/10/03 4:43:40 Horn withholds food from Child 1 [child 1] (Child 1 is completely non-verbal and uses an electronic talking device when he has access to it; he should always have access to it, but it gets taken away by Horn almost all day)

68. 23/10/03 4:48:17 Child 1 tries to elope through open door, Horn pushes him into a chair or table. Whimper from Child 1, Horn asks if he's ok and says sorry. Yells at the other kids

to sit down and turn around.

69. 23/10/03 4:58:17 CHILD 4 throws cup. Horn says "sit down. sit down. I'll hit it. I'll do it."

70. 23/10/03 5:17:00 Ignored Child 1 crying for at least 15 to 20 mins. Berates Lily at 5:30:45 for crying as well.

71. 23/10/03 6:27:27 Horn tells Child 5 "you are not going to act like you're going to hit." Cuts off mid-sentence bang sounds, Child 5 cries "Ow!" When Horn tells aide Brandon to "take him for a walk."

72. 23/10/03 6:32:51 Child 1 is yelled at by Horn to make a choice, Child 1 cries, Horn tells him to sit, Chair bangs and squeals. Several minutes Child 1 whines and cries, Horn continues to yell at him to sit. Eventually he pleads (bathroom on his electronic talking device) at 6:41:14

73. 23/10/03 7:01:55 Horn goes on a long rant yelling at Child 5. Until Jake Dixon is called in at 7:06:01. Horn warns Dixon not to yell at him too much before he has to go home. CHILD 2 tries to step in and tells Horn "Don't be mean my friend!" CHILD 2, CHILD 3, and Child 1 cries.

74. 23/10/03 7:10:00 Horn says, "I wouldn't send him right now (?)" (Not allowing Child 5 to be picked up until he stops crying?) 7:12:21 Brandon demands Child 5's hand and gives a "you're ok." Horn tells the others to watch Child 1 and leaves with Brandon (?)

75. 23/10/03 7:20:20 Horn continues to withhold food from Child 1.

76. 23/10/03 7:22:23 Brandon slams a door and tells Child 7 or rough housing with Dixon "You're Locked in there for doing that." Grunts sound and Horn tells CHILD 2 to be quiet when he asks what they are doing. Horn continues to withhold food from Child 1.

77. 23/10/03 7:24:26 Child 8 asks aide Debbie why Child 1 was crying, and Debbie tells her because he's hungry and Horn gets mad and tells them he's not hungry and for Child 8 to mind her own business. –

78. 23/10/05 1:10:00 All kids line up to go to specials. CHILD 3 was left behind, Horn makes a phone call.

79. 23/10/05 1:30:00 Conversation about Child 1 being left in sensory room because he wouldn't stop crying. Mandy from KDE visited mentioned.

80. 23/10/05 1:49:25 Conversation about Jake and she says she's stern with him. Then talks about CHILD 6's [child 6] scratch and got him deescalated.

81. 23/10/05 2:08:05 Horn discovers she left CHILD 3 unattended in the bathroom the entire time she was on the phone. Berates her for playing in the toilet. Calls her nasty.

82. 23/10/05 2:57:00 Conversation between Horn, Jake, Brandon. Horn says she flipped CHILD 2 (?) off.

83. 23/10/05 3:04:13 Horn tells CHILD 3 to go back to her seat, several bangs are audible.

84. 23/10/05 3:24:10 Horn talks about not having full custody of her son.

85. 23/10/05 5:01:22 Ashley mentions CHILD 3 hasn't moved from the corner in the floor since she left at 4:47:00 (Half Day of school) –

86. 23/10/10 1:43:33 Child 7 comes back from gym and throws up.

87. 23/10/10 1:53:00 Horn tells Child 7 if she catches him making him throw up again that he's going to be in trouble. Horn leaves the room shortly afterwards with Child 7.

88. 23/10/10 3:24:00 Horn comes back to the classroom after sending Child 7 home sick.

89. 23/10/10 3:35:41 Horn yells at Child 1 and a loud smacking sound is audible and she demands "in there!"

90. 23/10/10 3:40:00 Aide Ashley comes in with Child 8 and Horn switches to asking Child 1 to sit down nicely.

91. 23/10/10 3:58:12 Beads break and hit the floor. Horn yells pick it up until a loud smack sound after talking to Brandon about his grandmother.

92. 23/10/10 4:46:44 Horn withholds water from CHILD 2 after recess because he was having a tough time transitioning and crying. 4:48:28 CHILD 2 cries for a drink of water.

93. 23/10/10 4:51:48 Horn continues to yell at CHILD 2 and ignores his cries, Brandon tells Horn he had to be stern with CHILD 2 on the playground. She asked if it was Mrs. Lavender's class (Kristen Gleason's sister) and Brandon said no, Caines. Horn was relieved. Brandon says CHILD 2 yelled out "let go of me you're hurting me". Horn tells him that Lavender has been hovering since FB post.

94. 23/10/10 4:55:50 Debbie asks Horn if CHILD 2 is still crying (in sensory room) she confirms yes and that she's trying to ignore it. Still no water. 4:57:07 Horn gets up to yell at CHILD 2 and Brandon said he thought she was going to ignore him.

95. 23/10/10 5:40:45 Horn is yelling at Child 5 and threatens Jake.

96. 23/10/10 6:23:00 Horn left the room at some time before 6:14:00. Horn yells at Child 5 threatens Jake. They call Jake and Child 5 cries. Debbie taunts "you asked for it". Brandon said "he's going to be angry." Horn states "it's a little late for that!" 6:25:53 Jake comes in, closes sensory door behind him and Child 5. Horn says "he doesn't even yell at him he's just stern with him" twice. Loud bang sounds, Jake is heard yelling behind the door.

97. 23/10/10 6:49:46 Child 5 complains "it's hurting". Horn tells him it's not hurting, it's you not doing.

98. 23/10/10 6:59:40 Brandon closed sensory room because it's been cleaned.

99. 23/10/10 7:13:27 Horn loses her self-control and berates Child 5 again and threatens Jake again. CHILD 2 nervously asks if "alright".

100. 23/10/10 7:30:32 Horn and Ashley argue about Brandon changing diapers when he's not certified or allowed too since he's a substitute. Horn leaves and slams the door. (Convo confirmed by Ashley)

101. 23/10/10 7:48:00 Horn comes back. –

102. 23/10/13 1:16:45 Horns says no to Child 5 but yells at CHILD 3 to sit afterward and a loud bang of chair follows and she says "sit. Now stop!"

103. 23/10/13 1:19:16 Horn begins to tell a story about CHILD 6, Knock on the door and Child 5 is needed for testing with Shelley. Horn says he doesn't need his beads, Brandon says he'll take them away if he needs to and Horn responds, "don't be too hard on him".

104. 23/10/13 1:23:03 Horn yells at CHILD 3 to sit and a loud bang follows.

105. 23/10/13 1:36:29 Three swats are heard while horn says "no! No! No!" While yelling at CHILD 3.

106. 23/10/13 1:45:48 Horn yells at CHILD 3 again to sit and CHILD 3 is heard crying, continues to cry and they turn melancholy at 2:04:45

107. 23/10/13 2:11:53 Horn berates CHILD 3 for a snotty face says it's "nastiness". 2:14:49 says CHILD 3's hands smell like buttfunk (CHILD 3 sucks on her entire hand instead of a thumb because she isn't coordinated enough physically due to her disability)

108. 23/10/13 2:15:15 Horn attempts tell the restraint story again about CHILD 6. Starts up again at 2:16:46. Horn mentions that Speech therapist, Jill Sheridan witnessed it along with Ashley who tries to calm CHILD 6. Horn says she grabbed CHILD 6 instead and wanted Ashley to call Jake and Ashley refused. 2:19:40 story if CHILD 6 and Jake comes in during retelling. 2:21:25 Horn mentions places CHILD 6 had bitten her.

109. 23/10/13 3:25:30 Horn hisses through her teeth "Get. And stop! Up." Chair squeals

110. 23/10/13 3:57:03 Horn hisses sit down to Child 1 and chair bangs.

111. 23/10/13 3:58:57 Horn yells at Child 1 to sit down and Child 5 says "I'm so scared"

112. 23/10/13 4:01:28 Horn yells at CHILD 3 sit chair bangs follow

113. 23/10/13 4:04:00 Horn makes fun of a child from Ashland who was chubby and wouldn't eat broccoli but would eat fudge rounds. (May be the reason why she withholds food so much)

114. 23/10/13 4:09:25 CHILD 5 reenacts what he's seen and pushes CHILD 4 back into his chair, gets yelled at by Horn.

115. 23/10/13 4:58:44 Brandon yells at CHILD 4 and Child 1 to sit down, chair squeals and then a thump.

116. 23/10/13 5:00:00 Brandon and Horn yell for Jake and Brandon says he's coming for Child 5. Panicked running is heard. Brandon told Child 5 he was being mean and a smack is heard. Horn and Jake close a door behind him. Brandon says "hurry up with a te-he". Thumps are heard behind a closed door.

117. 23/10/13 5:07:47 Brandon yells at CHILD 3 to sit, chair squeals are heard.

118. 23/10/13 5:09:00 Horn comes back in tells CHILD 3 she isn't happy with her and yells at her to sit and chair squeaks again.

119. 23/10/13 5:32:25 Jake comes back in, Horn continues talking about CHILD 6 incident and not handling CHILD 6 properly. Jake says sometimes how he handles kids they fall on their face. Jake yells at Child 5 harshly. Horn continues saying "safest position but then I was like screw it".

120. 23/10/13 6:01:30 Horn left for a meeting, Brandon alone and yells at CHILD 3 to go sit down now. Several banging noises. Child 5 screams.

121. 23/10/13 6:20:11 Jill Sheridan comes in. 6:27:43 Child 5 tells CHILD 3 to sit. Brandon yells at him "don't touch her! Only Mrs. Sheridan and I can… make her sit."

122. The Children's names have been redacted due to privacy and applicable procedural rules.

WHEREFORE, Plaintiffs respectfully request that this Court: a. Declare that the Defendants have violated the IDEA; b. Order the Defendants to comply with the IDEA and provide appropriate remedies to the Plaintiffs, including but not limited to compensatory education or any other relief the Court deems just and proper; c. Award Plaintiffs their costs, expenses, and reasonable attorney's fees incurred in this action; d. for a findings that the

federal rights of the children and their parents have been violated based upon the egregious actions of the Defendants; e. Grant such other and further relief as the Court may deem just and appropriate.  Plaintiffs additionally demand a jury trial on all issues so triable.

RESPECTFULLY SUBMITTED,

W. JEFFREY SCOTT, P.S.C.

BY:   *Is/* Brandon M. Music

HON. BRANDO M.MUSIC
ATTORNEY FOR PLAINTIFF
P.O. BOX 608
GRAYSON, KY  41143
(606) 474-5194
Ky Bar ID#: 93785
Email: brandon.m.music@gmail.com
Fax: 606-474-5196