**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND DIVISION**
**CIVIL ACTION NO. 0:24-CV-14-DLB-EBA**

KRISTEN GLEASON, RAINA MACRI, JESSICA VIRGIN, KATHERINE CHILDERS, MARLENE MCCOY ADAMS, CHRISTY LYNN VIARS, SARA KISER, individually and on behalf their minor children                                    PLAINTIFFS

v.        **ORDER GRANTING MOTION TO DISMISS**

RACELAND-WORTHINGTON INDEPENDENT
SCHOOL SYSTEM, and MS. ERIN HORN                                    DEFENDANTS

This matter having come before the Court upon the motion of the defendant Erin Horn, and the putative defendant, Raceland-Worthington Independent School System[1], the Court having considered the arguments of the parties, and being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that the motion of the defendant, Erin Horn, and the putative defendant, Raceland-Worthington Independent School System is **GRANTED** and the plaintiffs' complaint and amended complaint are **DISMISSED WITH PREJUDICE.**

Clerk, please send copies to:
All Counsel of Record

3796429

---

[1] The Raceland-Worthington Independent School System is not a legal entity and is not capable of being sued.